DAYLE ELIESON
United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA KEITH, | Case No. 2:18-cv-01110-JAD-VCF |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR EXTENSION OF TIME AND ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **(Second Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Remand be extended from December 13, 2018 to **January 16, 2019**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Counsel has a Ninth Circuit answering brief due next week which requires extensive and multiple levels of review by the agency and U.S. Attorney's Office. Counsel also has a Ninth Circuit oral arguments scheduled for the following week that also requires significant preparation and moot courts. Counsel was recently out of the office due to family emergency and health issues. Due to Counsel's unexpected leave and heavy workload, Counsel needs additional time

- 1 -

to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. Defendant makes this request in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 11, 2018        */s/ Cyrus Safa*
                                (*as authorized by email on December 7, 2018)
                                CYRUS SAFA
                                Attorney for Plaintiff

Dated: December 11, 2018        DAYLE ELIESON
                                United States Attorney

                                */s/ Tina L. Naicker*
                                TINA L. NAICKER
                                Special Assistant United States Attorney

**APPROVED AND SO ORDERED:**

DATED: 12-11-2018        _____
                         THE HONORABLE CAM FERENBACH
                         UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION FOR EXTENSION OF TIME AND [PROPOSED] ORDER** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-5491
Email: cyrus.safa@rohlfinglaw.com

Gerald Welt
Gerald M. Welt, Chtd.
703 S. 8th St.
Las Vegas, NV 89101
702-382-2030
Fax: 702-684-5157
Email: gmwesq@weltlaw.com

Attorneys for Plaintiff

Respectfully submitted this 11th day of December 2018,

                                        */s/ Tina L. Naicker*
                                        TINA L. NAICKER
                                        Special Assistant United States Attorney