DAYLE ELIESON
United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA KEITH, | Case No. 2:18-cv-01110-JAD-VCF |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR EXTENSION OF TIME AND ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **(Third Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Remand be extended from January 16, 2019 to **January 17, 2019**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Counsel has chronic migraines, which impair her vision and had a migraine on the date of the current filing deadline. While Counsel for Defendant diligently attempted to finish her response, Counsel could not complete it due to her migraine and impaired vision. Due to Counsel's unexpected health issue, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. Defendant makes this request in

- 1 -

good faith with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 16, 2019

    */s/ Cyrus Safa*
(*as authorized by email on January 16, 2019)
CYRUS SAFA
Attorney for Plaintiff

Dated: January 16, 2019

DAYLE ELIESON
United States Attorney

    */s/ Tina L. Naicker*
TINA L. NAICKER
Special Assistant United States Attorney

**APPROVED AND SO ORDERED:**

DATED: 1-17-2019

THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION FOR EXTENSION OF TIME AND [PROPOSED] ORDER** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-5491
Email: cyrus.safa@rohlfinglaw.com

Gerald Welt
Gerald M. Welt, Chtd.
703 S. 8th St.
Las Vegas, NV 89101
702-382-2030
Fax: 702-684-5157
Email: gmwesq@weltlaw.com

Attorneys for Plaintiff

Respectfully submitted this 16th day of January 2019,

          */s/ Tina L. Naicker*
          TINA L. NAICKER
          Special Assistant United States Attorney