# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Lisa M. Keith,

    Plaintiff

v.

Nancy A. Berryhill, Acting Commissioner of Social Security,

    Defendant

Case No. 2:18-cv-01110-JAD-VCF

**Order Adopting Report and Recommendation, Granting Motion for Remand, Denying Cross-Motion to Affirm, and Remanding Case**

[ECF No. 15, 22, 24]

Lisa M. Keith brings this action to review the Commissioner of Social Security's denial of her applications for a period of disability, disability insurance benefits, and supplemental security income. Magistrate Judge Ferenbach recommends that I grant Keith's motion to remand, deny the Commissioner's cross-motion to affirm, and remand this case for further administrative proceedings.[1] The deadline for objections to that recommendation was yesterday, and no party has filed an objection to it or moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 24] is ADOPTED** in full;

IT IS FURTHER ORDERED THAT plaintiff's motion for reversal or remand **[ECF No. 15] is GRANTED** and the Commissioner's cross-motion to affirm **[ECF No. 22] is DENIED**.

---

[1] ECF No. 24.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1 | The decision below is REVERSED, and this case **is REMANDED for further administrative proceedings consistent with the Report and Recommendation [ECF No. 24]**.

The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

Dated: July 24, 2019

_____
U.S. District Judge Jennifer A. Dorsey